UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY RAY PERRY,

    Petitioner,

v.                                   Case No.  3:15cv45/MCR/EMT

STATE OF FLORIDA,

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 31, 2015.  (Doc. 12).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's habeas petition (doc. 1) is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

    3.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 30th day of September 2015.

                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **CHIEF UNITED STATES DISTRICT JUDGE**